No. 67404.—W. J. Byrnes & Co. of N.Y., Inc., and Jin San Industrial Trading Co. et al. *v.* United States, protests 201518–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of silk similar in all material respects to that the subject of Abstract 64266, the claim of the plaintiffs was sustained.

No. 67405.—Wear Right Gloves, Inc. *v.* United States, protests 61/1488 and 61/12558 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of nylon gloves similar in use to gloves in chief value of silk or cotton, the claims of the plaintiff were sustained as follows:  The items marked "A" at 30 percent under the provision in paragraph 1208, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877), for silk gloves, knit or crocheted, the items marked "B" at 30 percent under the provision in paragraph 915, as modified, *supra*, for cotton gloves, made of fabric knit on a warp-knitting or other machine, and the items marked "C" at 25 percent under paragraph 915 of the act as cotton gloves, made of woven fabric.  *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.

No. 67406.—E. Dillingham, Inc. *v.* United States, protest 61/20515 (Ogdensburg).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of two Theratron C therapy units, including cobalt 60 source; a Theratron F therapy unit, including cobalt 60 source; a Caesatron therapy unit, including Caesium source, set of six cores, and eight-sided adjustable diaphragm; and an eight-sided diaphragm for cobalt 60 therapy unit, imported for the use of a nonprofit organization, for educational, scientific, or therapeutic purposes, the claim of the plaintiff was sustained.